# United States Court of Appeals
## For the First Circuit

No. 99-2120

UNITED STATES,

Appellee,

v.

JOHN D. BROWN,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ERRATA SHEET

The opinion of this Court issued on June 5, 2001, is amended as follows:

Page 6, 6th line from bottom of page: "excuses" should be "excuse".